PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
JEREMY J. KELLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY FLUCAS,<br>  aka Rodney Rochen Flucas,<br>  aka Rodney Rochea Flucas,<br>  aka Rodney J. Flucas,<br><br>Defendant. | CASE NO. 2:17-mj-191 EFB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

FILED
OCT 25 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and underlying affidavit in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person until the arrest of the defendant or further order of this Court, whichever occurs first.

Dated: October 25, 2017

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER                1