| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | NIRAV K. DESAI<br>JEREMEY J. KELLEY |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RODNEY FLUCAS,<br>　aka Rodney Rochea Flucas,<br>　aka Rodney Rochen Flucas,<br>　aka Rodney J. Flucas,<br><br>　　　　　　　Defendant. | CASE NO. 2:17-CR-0209 KJM<br><br>STIPULATION & [PROPOSED] ORDER SETTING DEADLINE FOR OPPOSITION TO MOTION TO REOPEN DETENTION HEARING<br><br>DATE: April 25, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 2, 2017, this Court ordered that defendant Rodney Flucas be detained pending trial (ECF 5, 8).

2. On April 6, 2018, the defendant filed a motion to reopen his detention hearing ("Motion"), noticing the hearing for April 25, 2018 (ECF 34).

3. By this stipulation, the parties agree and request the Court to set the deadline for the filing of the United States' opposition to the Motion as April 19, 2018. The defendant does not object to

///

///

STIPULATION & [PROPOSED] ORDER
UNITED STATES V. FLUCAS, 2:17-CR-0209 KJM

1

the setting of April 19, 2018, as the deadline for the United States' opposition to the Motion.

IT IS SO STIPULATED.

Dated: April 12, 2018         McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Nirav K. Desai
                              NIRAV K. DESAI
                              JEREMY J. KELLEY
                              Assistant United States Attorneys

Dated: April 12, 2018
                              /s/ Douglas Beevers (as
                              authorized on April 12, 2018)
                              DOUGLAS BEEVERS,
                              Assistant Federal Defender
                              Counsel for Defendant
                              RODNEY FLUCAS

## **ORDER**

The Court has considered and APPROVES the stipulation of the parties, and HEREBY ORDERS that the United States' opposition to defendant Rodney Flucas's Motion to Reopen Detention Hearing (ECF 34) shall be filed on or before April 19, 2018.

IT IS SO ORDERED.

Dated: April 13, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE