HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916.498.5700
douglas_beevers@fd.org

Attorney for Defendant
RODNEY FLUCAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:17CR209-KJM |
|---|---|---|
| Plaintiff, | ) | **ORDER PERMITTING DEFENDANT'S RULE 412 MOTION TO BE FILED UNDER SEAL** |
| vs. | ) | |
| RODNEY FLUCAS, | ) | |
| Defendant. | ) | |

The matter coming before the Court on Defendant's Request to seal Defendant's Motion in Limine to Admit Sexual Conduct Evidence pursuant to Fed. R. Evid. Rule 412, and the Court finding that sealing is presumptively required by Fed. R. Evid. 412(c), IT IS ORDERED that the defendant's Defendant's Motion in Limine to Admit Sexual Conduct Evidence is ordered sealed until further order of this Court. It is further ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendant, and the alleged victims or their attorneys, subject to the parties' Stipulated Protective Order filed on the Court's docket. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).

DATED: May 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

Request to File Sealed Motion     1