



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY FLUCAS,<br><br>Defendant. | No. 2:17-CR-0209-KJM<br><br>VERDICT FORM |

We, the jury, find the defendant, Rodney Flucas, as follows:

AS TO COUNT ONE OF THE INDICTMENT:

GUILTY      NOT GUILTY

_____     _____    Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, in violation of Title 18, United States Code, Section 2423(a)

1

AS TO COUNT TWO OF THE INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____     _____

Transportation of an Individual with Intent to Engage in Criminal Sexual Activity, in violation of Title 18, United States Code, Section 2421(a)

AS TO COUNT THREE OF THE INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

_____     _____

Transportation of a Minor with Intent to Engage in Criminal Sexual Activity, in violation of Title 18, United States Code, Section 2423(a)

AS TO COUNT FOUR OF THE INDICTMENT:

<u>GUILTY</u>     <u>NOT GUILTY</u>

   X
_____     _____

Attempted Witness Tampering, in violation of Title 18, United States Code, Section 1512(b)(2)(B)

6/26/18
_____         _____
DATED              FOREPERSON

2