FILED

JUN 26 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-0209-KJM |
| Plaintiff, | |
| v. | ORDER |
| RODNEY FLUCAS, | |
| Defendant. | |

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until July 26, 2018.

IT IS SO ORDERED.

DATED: 6/26/18

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE