1  MCGREGOR W. SCOTT
   United States Attorney
2  NIRAV K. DESAI
   JEREMY J. KELLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900
6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0209 KJM |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| RODNEY FLUCAS, | |
| Defendant. | |

Pursuant to Federal Rule of Evidence 412(c)(2), Local Rule 141(b), and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the six-page Opposition to Defendant's Motion in limine to Admit Sexual Conduct under Rule 412 and the government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant, subject to the parties' Stipulated Protective Order filed on the Court's docket.

The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

///

///

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

1

government would be harmed.  In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

DATED:  August 21, 2018.

_____
UNITED STATES DISTRICT JUDGE