MCGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
JEREMY J. KELLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY FLUCAS,<br>  aka Rodney Rochea Flucas,<br>  aka Rodney Rochen Flucas,<br>  aka Rodney J. Flucas,<br><br>Defendant. | CASE NO. 2:17-CR-0209 KJM<br><br>ORDER |

The Court HEREBY GRANTS the United States of America's motion to dismiss count three of the pending indictment, charging transportation of minors with intent to engage them in criminal sexual activity in violation of 18 U.S.C. § 2423(a). Fed. R. Crim. P. 48(a). Count three of the Third Superseding Indictment is dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 27, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER
UNITED STATES V. FLUCAS, NO. 2:17-CR-0209 KJM

1