HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
RODNEY FLUCAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:17-cr-00209-KJM |
|---|---|
| Plaintiff, | DEFENDANT'S AMENDED EXHIBIT LIST |
| vs. | |
| RODNEY FLUCAS, | |
| Defendant. | |

The defense intends to use the following exhibits to impeach and introduce in evidence if necessary.  This list is subject to amendment.

| EXHIBIT # | DOCUMENT DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| A | R. Flucas contract with Soliant Oregon | | |
| B | R. Flucas contract with Soliant California | | |
| C | R. Flucas payroll for Soliant | | |
| D (1-4) | E. Sagasi rent checks (Oregon) | | |
| E (1-2) | E. Sagasi rent checks (Stockton) | | |
| F | R. Flucas EDD records | | |
| G | E. Sagasi EDD records | | |
| H | Check written from E. Sagasi to B. Flucas | | |
| I | E. Sagasi check to V. Bell | | |
| J | V. Bell check to R. Flucas | | |
| K | Auto services check to B. Flucas | | |
| L (1-9) | Photos of Klamath Falls Oregon residence | | |
| M | T. Hanna DMV record | | |
| N | Photos of Stockton residence | | |
| O | Photos of Valdosta Georgia residence | | |
| P | Valdosta property records | | |

| | | | |
|---|---|---|---|
| Q (1-8) | State Farm records (E. Sagasi income deposits) | | |
| Q | E. Sagasi payroll check | | |
| R | San Joaquin Human Services Agency Log | | |
| RR | Criminal Complaint | | |
| RRR | Sealing Order | | |
| RRRR | San Joaquin County Complaint | | |
| S | Person 1 recorded Statement | | |
| SS | Person 3 Recorded Disc | | |
| SSS | Transcript of Personal Statement | | |
| T (1-2) | Person 2 recorded Statements | | |
| TT | M. Terra Report Notification (Bates 28651-28653) | | |
| TTT | Quantitative Report #028882-28883 | | |
| U | M Terra Expert report 6/3/17 00343-352 | | |
| UU | M. Terra Expert report 5/30/18 051474-051479 | | |
| V | Person 5 audio | | |
| VV | Stockton Police Department Report 7/17/2017 | | |
| VVV | M. Terra lab report 028672 | | |
| W | DMV registration for Count 2 vehicle | | |
| X | Lab Test Notes | | |
| XX (1-2) | Lab Notes, bates 028875 and 028916 | | |
| Y | P-30 test results swab # 1-B | | |
| YY | Photograph of p-30 test | | |
| Z | SA Wenning Grand Jury testimony 11/16/2017 | | |
| ZZ | S.A. Wenning Search Warrant Affidavit | | |
| AA | Transcript of proceedings, testimony of person 1 | | |
| BB | Transcripts of proceedings, testimony of person 2 | | |
| CC | Testimony of proceedings, testimony of person 3 | | |
| DD | Testimony of proceedings, testimony of person 4 | | |
| EE | Testimony of proceedings, testimony of person 5 | | |
| FF | Stockton Unified School District Personnel Authorization and Contract balancing form | | |
| GG | Stockton House floorplan | | |
| HH | Final Order of Legitimation | | |
| II | Temporary Custody Order | | |
| JJ | Visitation Order | | |
| | | | |
| | | | |

DATED: September 17, 2018          Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for RODNEY FLUCAS

FLUCAS EXHIBIT LIST                   -2-