McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

FEB 11 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODNEY FLUCAS, <br><br> Defendant. | CASE NO. 2:17-CR-0209 KJM <br><br> [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to 18 U.S.C. § 3771(a)(8) and Local Rule 141(b), and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the thirty-nine pages of exhibits submitted in support of the government's formal objections to the Presentence Investigation Report and the government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant, subject to the parties' Stipulated Protective Order filed on the Court's docket.

The Court has considered the factors set forth in *Press-Enterprise Co. v. Supreme Court*, 464 U.S. 501, 510 (1985) and *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of sealing, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to

sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: 2/11/19

THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE