IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY FLUCAS,<br><br>Defendant. | Case No: 2:17-cr-00209-KJM<br><br>**ORDER RE: DEFENDANT'S NOTICE OF REQUEST AND UNOPPOSED REQUEST FOR PRODUCTION OF TRANSCRIPTS OF SEALED PROCEEDINGS AND SEALING OF THOSE TRANSCRIPTS**<br><br>THE HONORABLE JUDGE KIMBERLY J. MUELLER |

The Court has reviewed defendant's unopposed request for production of transcripts of sealed hearings. The defense has identified proceedings that were held and reported, but not transcribed. GOOD CAUSE appearing, defendant's appellate counsel is GRANTED leave to file the transcript designation form for the reporting of these proceedings. The Court Reporter is ORDERED to prepare the following transcripts:

May 21, 2018 - *In camera* discussion with Person 5 concerning the government's motion to admit bad acts evidence (Transcript Trial #1, at 58-59; Reporter Kelly O'Halloran)

June 11, 2018 - *In camera* discussion with Person 3 in regards to the government's motion to present her testimony via closed circuit television(Transcript Trial #1, at 738-742; Reporter Jennifer Coulthard); and

September 12, 2018 - *In camera* discussion with Person 3 in regards to the government's motion to present her testimony via closed circuit television. (Transcript Trial #2, at 881; Reporter Jennifer Coulthard).

The Court Reporter is ORDERED to provide a copy of these transcripts to both parties. Counsel is ORDERED to maintain the transcripts under seal. Counsel is ORDERED to file the necessary voucher for the Court reporter.

**IT IS SO ORDERED.**

DATED: February 20, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE