1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

Case No: 2:17-cr-00209-KJM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RODNEY FLUCAS,

        Defendant.

**ORDER RE: DEFENDANT'S NOTICE OF REQUEST AND UNOPPOSED REQUEST FOR PRODUCTION OF SEALED FILINGS**

THE HONORABLE JUDGE KIMBERLY J. MUELLER

      The Court has reviewed defendant's unopposed request for production of sealed documents. GOOD CAUSE appearing, the Court ORDERS the Clerk to provide defendant's appellate counsel, Brian McComas, with the following documents:

      Docs #105, 106 - Government's opposition to the motion to introduce sexual conduct evidence;

      Doc #158 - Government supplemental briefing regarding Rule 412;

Docs #249, 250 - Government opposition to motion to introduce sexual conduct evidence;

Doc #295 - Sealed exhibit in support of defense motion to depose a material witness;

Docs #164, 336 - Notice of lodging of photographs concerning Person 3's testimony by way of CCTV;

Doc #349 - Sealed documents in support of the government's sentencing memo; and

Doc #381 – Government sealed restitution submissions.

Counsel is ORDERED to maintain the documents under seal and in compliance with prior protective orders entered in the matter. **IT IS SO ORDERED.**

DATED: February 20, 2020.

_____

CHIEF UNITED STATES DISTRICT JUDGE