IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RODNEY FLUCAS,<br><br>　　　　　Defendant. | Case No: 2:17-cr-00209-KJM<br><br>**ORDER RE: DEFENDANT'S NOTICE OF REQUEST AND UNOPPOSED REQUEST FOR PRODUCTION OF THE TRANSCRIPT OF AN *IN CAMERA* PROCEEDING AND SEALING OF THE TRANSCRIPT**<br><br>THE HONORABLE JUDGE KIMBERLY J. MUELLER |

The Court has reviewed defendant's unopposed request for production of transcript of the sealed hearing. The defense has identified a proceeding that was held *in camera*, and reported, but is not publicly available. Defendant's appellate counsel is GRANTED leave to file the transcript designation form for the reporting of the proceeding. The Court Reporter is ORDERED to prepare the following transcript:

　　June 11, 2018 - *In camera* hearing on Flucas' motion for substitution of counsel. (Transcript Trial #1, RT 744-757; Reporter Jennifer Coulthard);

/////

1  The Court Reporter is ORDERED to provide a copy of this transcript ONLY to
2  defendant's appellate counsel.  Counsel is ORDERED to maintain the transcript under
3  seal and in accordance with prior protective orders in this matter.  Counsel is also
4  ORDERED to file the necessary voucher for the Court reporter.
5  **IT IS SO ORDERED.**
6
7  DATED:   February 20, 2020.          _____
                                         CHIEF UNITED STATES DISTRICT JUDGE