IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:17-cr-00209 KJM |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| RODNEY FLUCAS, | ) | |
| Defendant. | ) | |

The court determined the appointment of counsel was appropriate for the defendant's pending motion. Barry Morris (bar #48368) has agreed to accept the appointment. Barry Morris is hereby appointed effective October 18, 2023, the date he was first contacted about the case.

DATED  October 20, 2023.

CHIEF UNITED STATES DISTRICT JUDGE