PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0209-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RODNEY FLUCAS, | |
| Defendant. | |

The Court has considered the parties' stipulation and proposed briefing schedule on the defendant's motion filed pursuant to 28 U.S.C. § 2255. In consideration of the same, and for good cause shown, IT IS HEREBY ORDERED that:

1. The United States shall file a response to the defendant's motion filed pursuant to 28 U.S.C. § 2255 (ECF 415) on or before April 1, 2024.
2. The defendant shall file a reply, if any, through his counsel on or before July 1, 2024.
3. Despite the foregoing schedule, the parties are granted leave to propose an amended briefing schedule for reasons including, but not limited to, defendant's appointed counsel indication of an intention to file an amended § 2255 motion and litigation related litigation to any such filing.

/ / /

/ / /

4. The Court will order a hearing on the motion if it deems a hearing necessary to resolve the motion.

IT IS SO ORDERED.

DATED: November 20, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE