1  PHILLIP A. TALBERT
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:17-CR-0209-KJM

12                 Plaintiff,              ORDER

13         v.

14 RODNEY FLUCAS,

15                 Defendant.

16

17     The Court has considered the parties' stipulation and proposed amended briefing schedule on the

18 defendant's motion filed pursuant to 28 U.S.C. § 2255. In consideration of the same, and for good cause

19 shown, IT IS HEREBY ORDERED that:

20     1. The prior briefing schedule in this matter (Order, Nov. 16, 2023, ECF 420) is vacated.

21     2. On or before June 3, 2024, defendant, through his appointed counsel, Barry Morris, shall file

22        either: (a) a motion to amend the pending motion filed pursuant to 28 U.S.C. § 2255, or (b) a

23        statement that the defendant does not intend to move to amend the pending § 2255 motion.

24        Such a motion to amend shall attach as an exhibit the proposed amended § 2255 motion.

25     3. If the defendant, through his appointed counsel, Barry Morris, files a motion to amend the

26        pending § 2255 motion, the United States shall file an opposition or statement of non-

27        opposition to the motion to amend on or before July 3, 2024. The Court will order a hearing

28        on the motion if it determines a hearing is necessary.

4. The United States shall file a response to the operative motion pursuant to 28 U.S.C. § 2255 within ninety (90) days of either: (a) the Court's resolution of the defendant's motion to amend the pending § 2255 motion, or (b) the defendant's filing of a statement that he does not intend to move to amend the pending § 2255 motion.

5. The defendant, through his appointed counsel, Barry Morris, shall file a reply, if any, within sixty (60) days of the filing of the response by the United States.

6. The Court will order a hearing on the operative § 2255 motion if it deems a hearing necessary to resolve the motion.

IT IS SO ORDERED.

Dated: March 13, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE