PHILLIP A. TALBERT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0209-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RODNEY FLUCAS, | |
| Defendant. | |

The Court has considered the parties' stipulation and proposed amended briefing schedule on the defendant's motion filed pursuant to 28 U.S.C. § 2255. In consideration of the same, and for good cause shown, IT IS HEREBY ORDERED that:

1. The prior briefing schedule in this matter (Order, March 14, 2024, ECF 422) is vacated.

2. On or before August 19, 2024, defendant, through his appointed counsel, Barry Morris, shall file either: (a) a motion to amend the pending motion filed pursuant to 28 U.S.C. § 2255, or (b) a statement that the defendant does not intend to move to amend the pending § 2255 motion. Such a motion to amend shall attach as an exhibit the proposed amended § 2255 motion.

3. If the defendant, through his appointed counsel, Barry Morris, files a motion to amend the pending § 2255 motion, the United States shall file an opposition or statement of non-

/////

opposition to the motion to amend on or before September 19, 2024. The Court will order a hearing on the motion if it determines a hearing is necessary.

4. The United States shall file a response to the operative motion pursuant to 28 U.S.C. § 2255 within one hundred twenty (120) days of either: (a) the Court's resolution of the defendant's motion to amend the pending § 2255 motion, or (b) the defendant's filing of a statement that he does not intend to move to amend the pending § 2255 motion.

5. The defendant, through his appointed counsel, Barry Morris, shall file a reply, if any, within sixty (60) days of the filing of the response by the United States.

6. The Court will order a hearing on the operative § 2255 motion if it deems a hearing necessary to resolve the motion.

IT IS SO ORDERED.

Dated: July 12, 2024.

CHIEF UNITED STATES DISTRICT JUDGE