1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

United States of America,                          CASE NO.  2:17-CR-0209-KJM

12

                                   Plaintiff,        ORDER

13

                        v.

14

Rodney Flucas,

15

                                   Defendant.

16
17
18

          The court has considered the parties' stipulation and proposed order regarding the defendant's

proposed amended 28 U.S.C. § 2255 motion.  In consideration of the same, and for good cause shown,

19

IT IS HEREBY ORDERED that:

20
21

      1.  The defendant is permitted to amend the original motion filed pursuant to 28 U.S.C. § 2255

          (ECF 415), with the defendant's proposed Amended § 2255 Motion (ECF 428), filed on

22
23

          September 7, 2024.  The Proposed Amended § 2255 Motion (ECF 428) is deemed the

          operative § 2255 motion in this matter.

24
25

      2.  The United States shall file a response to the operative motion pursuant to 28 U.S.C. § 2255

          within one hundred twenty (120) days of this Order.

26
27

      3.  The defendant, through his appointed counsel, Barry Morris, shall file a reply, if any, within

          sixty (60) days of the filing of the response by the United States.

28

1

1

2        4.   The Court will order a hearing on the operative § 2255 motion if it deems a hearing is

3            necessary to resolve the motion.

4        IT IS SO ORDERED.

5   DATED:  October 22, 2024.

6

7                                                    _____
                                                    UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28