MICHELE BECKWITH
Acting United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0209-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RODNEY FLUCAS, | |
| Defendant. | |

The Court has considered the parties' stipulation and proposed order regarding the defendant's 28 U.S.C. § 2255 motion. In consideration of the same, and for good cause shown, IT IS HEREBY ORDERED that:

1. The United States' response to the defendant's amended § 2255 motion is now due on or before May 20, 2025.
2. The defendant, through his appointed counsel, Barry Morris, shall file a reply, if any, within sixty (60) days of the filing of the response by the United States.

///
///
///
///
///

3. The Court will order a hearing on the operative § 2255 motion if it deems a hearing necessary to resolve the motion.

IT IS SO ORDERED.

Dated: February 12, 2025.

_____
UNITED STATES DISTRICT JUDGE