UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Rodney Flucas,<br><br>　　　　　　Defendant. | No. 2:17-cr-00209 KJM<br><br>ORDER |

The Court has considered the parties' stipulation to extending defendant's deadline to file a reply brief to the government's opposition to defendant's amended 28 U.S.C. § 2255 motion. In consideration of the same, and for good cause shown, IT IS HEREBY ORDERED that:

1. The defendant, through his appointed counsel, Barry Morris, shall file a reply, if any, **within sixty (60) days** of the filing of this court's order.

2. The Court will order a hearing on the operative § 2255 motion if it deems a hearing necessary to resolve the motion.

This order resolves ECF No. 434.

IT IS SO ORDERED.

DATED: July 30, 2025.

UNITED STATES DISTRICT JUDGE

1