ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RODNEY FLUCAS,<br><br>　　　　　　　Defendant. | CASE NO. 2:17-CR-0209-KJM<br><br>ORDER |

The Court has considered the parties' stipulation and proposed order regarding the defendant's reply to the government's opposition to the defendant's Amended 28 U.S.C. § 2255 Motion. In consideration of the same, and for good cause shown, IT IS HEREBY ORDERED that:

1. The defendant, through his appointed counsel, Barry Morris, shall file a reply, if any, to the government's opposition to the Amended § 2255 Motion on or before November 21, 2025. The court does not anticipate granting any further extensions.

2. The Court will order a hearing on the operative § 2255 motion if it deems a hearing necessary to resolve the motion.

IT IS SO ORDERED.

Dated: October 28, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE