UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RODNEY FLUCAS,<br>Defendant. | No. 2:17-cr-00209-DAD<br><u>ORDER DENYING A CERTIFICATE OF APPEALABILITY</u><br>(Doc. No. 450) |

On December 19, 2025, the previously assigned district judge denied defendant's motion brought pursuant to 28 U.S.C. § 2255 to vacate, correct, or set aside his conviction and sentence. (Doc. Nos. 444, 445.) That same day, defendant filed a notice of appeal from that order. (Doc. No. 446.) On February 4, 2026, the Ninth Circuit Court of Appeals remanded the case back to this court for the limited purpose of granting or denying a certificate of appealability. (Doc. No. 449.) Due to the retirement of the previously assigned district judge, on February 10, 2026, this case was reassigned to the undersigned. (Doc. No. 451.) However, until recently (*see* Doc. No. 455), the undersigned was unaware that the matter had been remanded for the issuance of this order.

The undersigned has reviewed the § 2255 motion filed by defendant and the December 19, 2025 order denying that motion and now declines to issue a certificate of appealability. A movant

cannot appeal from the denial or dismissal of his § 2255 motion unless he has first obtained a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). To obtain a certificate of appealability under 28 U.S.C. § 2253(c), a movant "must make a substantial showing of the denial of a constitutional right, . . . includ[ing] showing that reasonable jurists could debate whether (or, for that matter, agree that) the [motion] should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)).

For the reasons set forth in the court's December 19, 2025 order denying defendant's § 2255 motion, the undersigned finds that defendant has failed to show that reasonable jurists could debate whether that motion should have been resolved differently as required in order to obtain a certificate of appealability.

Therefore, this court will decline to issue a certificate of appealability and defendant's motion seeking such a certificate (Doc. No. 450) is DENIED. The Clerk of the Court is directed to send a copy of this order to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **September 9, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE